**SESSIONS & KIMBALL LLP**
**Attorneys at Law**
Don D. Sessions, State Bar No. 072598
Paul B. Miner, State Bar No. **245970**
23456 Madero, Suite 170
Mission Viejo, California 92691

Tel: (949) 380-0900
Fax: (949) 380-8283
Attorneys for PLAINTIFF,
ROBYN BARNEY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ROBYN BARNEY, an individual<br><br>PLAINTIFF,<br><br>v.<br><br>MEADWESTVACO CORPORATION, a California corporation, and DOES 1-50, inclusive,<br><br>DEFENDANTS. | Case No.: SACV 08-01011 JVS (MLGx)<br><br>**Assigned for All Purposes to: Hon. Judge James V. Selna**<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>**Complaint Date: August 7, 2008**<br>**Trial Date: May 5, 2009** |

TO ALL PARTIES AND THEIR ATTORENYS OF RECORD:

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties have stipulated, by and through counsel, that the instant action be and hereby is

dismissed with prejudice, with each party to bear their own costs and attorney's fees.

IT IS SO ORDERED.

DATED:  December 15, 2008

_____
HONORABLE JAMES V. SELNA,
U.S. DISTRICT COURT JUDGE

**[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**